UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR-05-20-B-W |
| | ) | |
| JOSHUA DELMONACO | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on August 31, 2005 her Recommended Decision (Docket # 43).  The Defendant filed his objections to the Recommended Decision on September 12, 2005 (Docket # 44) and the Plaintiff filed its response to those objections on September 28, 2005 (Docket # 47).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.     It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

    2.     It is further <u>ORDERED</u> that Defendant's Motion to Suppress (Docket # 15) and Defendant's Supplemental Motion to Suppress (Docket # 25) are hereby <u>DENIED</u>.

    3.     Defendant's request for oral argument is <u>DENIED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2005